# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**IN RE:** Dimisio Richardson and Makeyla Calvin

)
) **Bankruptcy No.** 12 B 16924
)
**Debtor(s)** )
)

## NOTICE AND ORDER ON TRUSTEE'S FINAL REPORT

TO:   See Attached Service List

Please take notice that the Court will call the above-captioned case for another status hearing on February 28, 2013 at 10:30 a.m. In courtroom 682 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois. The Chapter 7 Trustee, Frances Gecker is ordered to appear and provide a status at that time.

ENTER:

Jack B. Schmetterer
United States Bankruptcy Judge

Date: January 3, 2013

In re: Dimisio Richardson and Makeyla S. Calvin
Bankruptcy No. 12 B 16924

## CERTIFICATE OF SERVICE

I, Lester Smith, certify that on January 3, 2013, I caused to be served copies of the foregoing ORDER to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

_____
Relief Courtroom Deputy

### Electronic Service through CM/ECF System

*Debtor's Attorney*

**Jon K. Clasing**
Geraci Law L.L.C.
55 E. Monroe St. Suite #3400
Chicago, IL 60603

*Trustee*

**Frances Gecker**
325 North LaSalle Street
Suite 625
Chicago, IL 60654

*U.S. Trustee*

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

### Served through First Class Mail

*Debtor*

**Dimisio Richardson and Makeyla S. Calvin**
3850W 81st Street
Chicago, IL 60652